UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ACEA MOSEY, as Public Administrator of
the Estate of JOHN S. REARDON
                            Plaintiff,

vs.

COUNTY OF ERIE,
SHERIFF TIMOTHY B. HOWARD,
 Individually and in his Official Capacity as
Sheriff of Erie County, and
JOHN DOE 1-10, Individually and in Their
Official Capacities, Being Fictitious Names
Designating Erie County Sheriff's Deputies
and/or Employees of the County of Erie,
Erie County Sheriff, and/or Erie County
Sheriff's Department, the Real Identities of
Said Defendants Being Unknown to
Plaintiff,

                         Defendants.
_____

**STIPULATION AND ORDER
OF DISCONTINUAN CE**

Civil Action No. 1:10-cv-405

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the

attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an

infant or incompetent person for whom a committee has been appointed and no person not a

party has an interest in the subject matter of the action, the above-entitled action, be and the same

hereby is discontinued on the merits against all of the named defendants herein, without costs to

any party as against the other.  This Stipulation may be filed without further notice with the

Clerk of the Court.

DATED:    Buffalo, New York
          December 21, 2012



Jeremy Toth, Esq.                        Michele A. Braun, Esq.
COUNTY OF ERIE DEPARTMENT                 LIPSITZ GREEN SCIME CAMBRIA LLP
OF LAW
Attorneys for Defendants,                 Attorneys for Plaintiff
95 Franklin Street, Room 1634             42 Delaware Avenue – Suite 120
Buffalo, New York 14202                   Buffalo, New York 14202



The Court having reviewed the Stipulation for Dismissal set forth above, it is hereby

        ORDERED, that is matter is dismissed with prejudice, with each party to bear its own

costs



Dated: _____, 2012        _____
                                 Hon. William M. Skretny